### FRANK HUNNICUTT V. THE STATE.

No. 16191. Delivered January 3, 1934.
Reported in 66 S. W. (2d) 696.

The opinion states the case.

*Leo Hart,* of Gilmer, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

The record is here without any statement of facts. Appellant's bill of exceptions No. 1 is based upon the fact that the argument complained of is "without support in the evidence," etc. Manifestly, we can not appraise such a bill of exceptions without a statement of facts. Bills of exception 2 and 3 were refused by the court.

No error appearing, the judgment will be affirmed.

*Affirmed.*